JEANERETTE, Appellant, v. JUNGMAN, Respondent. (Supreme Court, Appellate Division, First Department. May 7, 1909.) Action by Maria Jeanerette against Julius Jungman. T. J. O'Neill, for appellant. J. C. Robinson, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

HOUGHTON, J., dissents.